GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, ELENA ARELLANO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA ARELLANO, an individual, | Case No: 2:21-cv-00455-MCE-AC |
| Plaintiff, | Dist. Judge: Morrison C. England, Jr. |
| | Mag. Judge: Allison Claire |
| | Courtroom: 7 |
| vs. | |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive | **ORDER FOR DISMISSAL** |
| Defendants. | |

The Joint Stipulation for Dismissal, ECF No. 8, is APPROVED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action, including all claims stated herein against all parties, is hereby DISMISSED with prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE